# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================
## NO. 03-05-00713-CV
========================


**Barry C. Dockery, Appellant**

**v.**

**State of Texas, Appellee**


==============================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. FM204655, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING
==============================================================================


## M E M O R A N D U M   O P I N I O N


Because the clerk's record does not contain a final judgment from the trial court's hearing on September 14, 2005, and the trial court's decision is not final and appealable, this Court is without jurisdiction. In the absence of a final judgment or otherwise appealable order, we may not exercise appellate jurisdiction. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

Accordingly, we dismiss this appeal for lack of jurisdiction.


Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:  May 19, 2006